USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
INTERNATIONAL REFUGEE ASSISTANCE
PROJECT, INC.,

                                Plaintiff,                                 **23-CV-1236 (KHP)**

        -against-                                           **ORDER**

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES; and UNITED
STATES DEPARTMENT OF STATE,

                                Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       As discussed at the May 8, 2023 Initial Case Management Conference, the parties shall submit monthly joint status reports updating the Court on their efforts at reaching a resolution of this matter.  The reports shall be filed on the eighth day of each month, or if that date is a weekend or public holiday, then on the following Monday.

                        **SO ORDERED.**

DATED:       New York, New York
                 May 8, 2023

                                                          _____
                                                           KATHARINE H. PARKER
                                                          United States Magistrate Judge