**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 8, 2023

**By ECF**
The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *International Refugee Assistance Project, Inc. v. United States Citizenship and Immigration Services, et al.*, No. 23 Civ. 1236 (KHP)

Dear Judge Parker:

This Office represents Defendants United States Citizenship and Immigration Services ("USCIS") and the Department of State ("State," and together with USCIS, the "Government") in the above-referenced Freedom of Information Act ("FOIA") action. We write jointly with Plaintiff International Refugee Assistance Project, Inc. ("IRAP") in response to the Court's order to file a joint status report on the eighth day of each month, or if that date is a weekend or public holiday, then on the following Monday.

This matter concerns FOIA requests IRAP submitted to State and USCIS. The USCIS request seeks records for case management software systems used or accessed by USCIS to process a refugee for resettlement to the United States through the U.S. Refugee Admissions Program. The State request seeks the same records with respect to State ("Part One" of the State request), as well as anonymized data from individual refugee cases ("Part Two" of the State request).

USCIS made its first and final release of identified responsive records on July 7, 2023. IRAP has finished its initial review of these records and is still assessing the appropriateness of USCIS's claimed withholdings, as well as the reasonableness of the agency's search. IRAP has specifically inquired about withholdings made with respect to certain draft documents, and USCIS continues to work on preparing a response to IRAP's inquiry.

With respect to Part One of the State request, State has identified from its first search approximately 2,863 pages of potentially responsive records for the case management systems—i.e., START and Refugee Processing Center Amazon Webservices ("RPC AWS")—that it uses or accesses to process refugees.[1] State made its fourth production of records responsive to Part One

[1] These records include information about follow-to-join refugees, but, as discussed below, State conducted a second search regarding the location of any additional records.

of the State request on November 3, 2023. State anticipates making its fifth production of records responsive to Part One of the State request by December 15, 2023.[2]

In its initial search for records responsive to Part One of the State request, State did not search for responsive records for the case management systems that it accesses or uses to process follow-to-join refugees due to a misunderstanding about the scope of IRAP's request. State agreed to conduct a second search for these responsive records in the middle of July 2023. It identified Immigrant Visa Overseas ("IVO") and Immigrant Visa Information System ("IVIS") as the responsive case management systems to IRAP on September 7, 2023, and set October 6, 2023, as the anticipated deadline for the search. State tasked three components to search for responsive records—the Bureau of Consular Affairs' Office of Information Management and Liaison within the Directorate of Visa Services ("CA/VO/I"), the Bureau's Consular Systems and Technology Division ("CA/CST"), and the National Visa Center ("NVC"). CA/VO/I returned 10 records totaling approximately 1,229 pages; NVC returned 9 records totaling approximately 141 pages. State is still waiting on a response from CA/CST but has begun processing the records it has already received from CA/VO/I and NVC.

State is beginning the process of querying its databases for records responsive to Part Two of the State request but has not made any formal production determinations on this Part. The parties have discussed alternative proposals for information State might provide to resolve issues relating to Part Two of the State request consensually but have not reached a proposal that is agreeable to both parties. State anticipates making another alternative proposal and production determinations on Part 2 of the State request by November 17, 2023.[3]

---

[2] State has proposed making a good faith effort to process an average of 450 pages per six weeks exclusive of external consultations with respect to Part One of the State request. It anticipates that its average processing rate will be 450 pages per six weeks once all productions with respect to Part One of the State request have been made. The parties continue to discuss issues regarding processing rate and external consultations and will raise those issues with the Court in the future if and when the need arises.

[3] State reserves the right to make these determinations at a later date with respect to follow-to-join refugee data.

The parties thank the Court for its consideration of this joint status report and will file their next report by December 8, 2023. If any issue becomes ripe for summary judgment motion practice in the meantime, the party seeking to file the motion will file a letter motion seeking a pre-motion conference with the Court.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: */s/ Alyssa B. O'Gallagher*
ALYSSA B. O'GALLAGHER
PETER ARONOFF
Assistant United States Attorneys
Tel.: (212) 637-2822/2697
Email: Alyssa.O'Gallagher@usdoj.gov
Peter.Aronoff@usdoj.gov