UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, INC.<br><br>                      Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>                      Defendants. | **CONSENT MOTION TO WITHDRAW APPEARANCE OF KATHRYN MEYER**<br><br>Civil Action No. 1:23-cv-01236-KHP |

      Plaintiff the International Refugee Assistance Project ("IRAP") respectfully requests, pursuant to Local Civil Rule 1.4, that the Court grant this consent motion to withdraw the appearance of Kathryn Meyer as counsel. In support of this motion, I state as follows:

- I am requesting leave to withdraw from the case because I will be leaving IRAP's employment.

- Plaintiff will continue to be represented by Christopher Opila of the American Immigration Council who has already entered an appearance in this case.

- I am not asserting a retaining or charging lien.

- Defendants' counsel has consented to this motion.

Dated: June 3, 2024

                                                      Respectfully submitted,

                                                      /s/ Kathryn Meyer
                                                      Kathryn Meyer
                                                      INTERNATIONAL REFUGEE ASSISTANCE PROJECT
                                                      One Battery Park Plaza, 33rd Floor
                                                      New York, New York 10004
                                                      Telephone: (516) 838-1975
                                                      kmeyer@refugeerights.org