# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING CONSENT MOTION TO WITHDRAW APPEARANCE OF KATHRYN MEYER**<br><br>Civil Action No. 1:23-cv-01236-KHP |

Plaintiff's Consent Motion to Withdraw Appearance of Kathryn Meyer is hereby **GRANTED**.

Dated: _____          _____
                                              United States District Judge

1