USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INTERNATIONAL REFUGEE ASSISTANCE PROJECT, INC.

    Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,

    Defendants.

---

CONSENT MOTION TO WITHDRAW APPEARANCE OF KATHRYN MEYER

Civil Action No. 1:23-cv-01236-KHP

---

Plaintiff the International Refugee Assistance Project ("IRAP") respectfully requests, pursuant to Local Civil Rule 1.4, that the Court grant this consent motion to withdraw the appearance of Kathryn Meyer as counsel. In support of this motion, I state as follows:

- I am requesting leave to withdraw from the case because I will be leaving IRAP's employment.

- Plaintiff will continue to be represented by Christopher Opila of the American Immigration Council who has already entered an appearance in this case.

- I am not asserting a retaining or charging lien.

- Defendants' counsel has consented to this motion.

Dated: June 3, 2024

Respectfully submitted,

/s/ Kathryn Meyer
Kathryn Meyer
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (516) 838-1975
kmeyer@refugeerights.org

---

APPLICATION GRANTED.
The Clerk of the Court is respectfully directed to terminate Kathryn Meyer on the docket as a counsel of record for Plaintiff.

**SO ORDERED:**

*/s/ Katharine H. Parker*  6/4/2024
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

1