UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Int'l Refugee Assistance Project        Plaintiff,

Case No. 23-cv-1236-KHP

-against-

U.S. Citizenship & Immigr. Servs
and U.S. Dep't of State        Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Christopher ("Chris") Opila__
FILL IN ATTORNEY NAME

My SDNY Bar Number is: 6046494        My State Bar Number is 6046494

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: American Immigration Council
            FIRM ADDRESS: 1331 G St. NW, Ste 200 Washington, DC 20005
            FIRM TELEPHONE NUMBER: 202-507-7699
            FIRM FAX NUMBER:

NEW FIRM:   FIRM NAME: American Immigration Council
            FIRM ADDRESS: PMB2026 2001 L St NW,Ste500WashingtonDC20036
            FIRM TELEPHONE NUMBER: 202-507-7699
            FIRM FAX NUMBER:

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: July 15, 2024

_____
ATTORNEY'S SIGNATURE