AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| International Refugee Assistance Project, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 23-cv-01236-KHP |
| U.S. Citizenship and Immigration Services, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff   .

Date:   8/13/2024

/s/ Deepa Alagesan
*Attorney's signature*

Deepa Alagesan (SDNY Bar No. DA2412)
*Printed name and bar number*

International Refugee Assistance Project
One Battery Park Plaza, 33rd Floor
New York, NY 10004
*Address*

dalagesan@refugeerights.org
*E-mail address*

(516) 838-7044
*Telephone number*

(516) 324-2267
*FAX number*