UNITED STATES COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES *and* UNITED STATES DEPARTMENT OF STATE,<br><br>*Defendants.* | Case No. 1:23-civ-1236<br>Hon. Katherine H. Parker |

## NOTICE OF APPEARANCE

To the Clerk of this Court and All Parties of Record:

I am admitted to practice in this Court.  Please enter my appearance as counsel for Plaintiff in this action brought under the Freedom of Information Act.

Thank you.

Date:   August 18, 2025              /s/ Ghita Schwarz

                            Ghita Schwarz
                            International Refugee Assistance Project
                            One Battery Park Plaza, 33rd Floor
                            New York, NY 10004
                            gschwarz@refugeerights.org
                            Telephone:    (646) 939-9169

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August 2025, I caused the foregoing Notice of Appearance to be filed with the Court and served on counsel for Defendants via the Case Management/Electronic Case Files ("CM/ECF") system.

August 18, 2025

By: /s/ Ghita Schwarz

Ghita Schwarz
International Refugee Assistance Project
One Battery Park Plaza, 33rd Floor
New York, NY 10004
gschwarz@refugeerights.org
Telephone:    (646) 939-9169