### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>*Defendants*. | **CONSENT MOTION TO WITHDRAW APPEARANCE OF DEEPA ALAGESAN**<br><br>Civil Action No. 23-cv-1236-KHP |

Pursuant to Local Civil Rule 1.4, I, Deepa Alagesan, respectfully move to withdraw my appearance as counsel for Plaintiff in the above-captioned matter.  In support of this motion, I state as follows:

- I am requesting leave to withdraw as counsel because I am leaving my employment with the International Refugee Assistance Project (IRAP).

- Plaintiffs will continue to be represented by Ghita Schwarz of IRAP and Christopher Opila of the American Immigration Council, who have already entered appearances in this case.

- I am not asserting a retaining or charging lien.

- Defendants have consented to this motion through their counsel.

Dated: August 22, 2025

Respectfully submitted,

/s/ Deepa Alagesan

Deepa Alagesan
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, New York 10004
Telephone: (516) 838-7004
dalagesan@refugeerights.org