UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>*Defendants*. | ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF DEEPA ALAGESAN<br><br>Civil Action No. 23-cv-1236-KHP |

Upon consideration of the consent motion by Deepa Alagesan to withdraw her appearance as counsel, it is ORDERED that the motion is GRANTED. Accordingly, Deepa Alagesan is hereby withdrawn as counsel for Plaintiffs. The Clerk is respectfully directed to terminate her appearance on the docket and to terminate the motion at ECF No. 84.

SO ORDERED.

August 25, 2025

_____
KATHARINE H. PARKER
UNITED STATES DISTRICT JUDGE