

September 8, 2025

**By ECF**
The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *International Refugee Assistance Project, Inc. v. United States Citizenship and Immigration Services, et al.*, No. 23 Civ. 1236 (KHP)

Dear Judge Parker:

    Plaintiff International Refugee Assistance Project, Inc. ("IRAP"), jointly with counsel for Defendants United States Citizenship and Immigration Services ("USCIS") and the Department of State ("State," and together with USCIS, the "Government"), write to provide the Court with a joint status report in the above-referenced Freedom of Information Act ("FOIA") action. We write in response to the Court's order to file a joint status report by the eighth day of each month, or if that date is a weekend or public holiday, then on the following Monday.

    This matter concerns FOIA requests IRAP submitted to State and USCIS. The USCIS request seeks records for case management software systems used or accessed by USCIS to process a refugee for resettlement to the United States through the U.S. Refugee Admissions Program. The State request seeks the same records with respect to State ("Part One" of the State request), as well as anonymized data from individual refugee cases ("Part Two" of the State request).

    As of August 2025, both USCIS and State have completed production of records responsive to IRAP's requests. IRAP is reviewing the agencies' productions to determine whether it has any questions about asserted exemptions and plans to make an offer to settle all claims soon. The parties plan to discuss between themselves to determine if the matter can be resolved without further litigation.

    The parties thank the Court for its consideration of this joint status report and will file their next joint status report by October 8, 2025. If any issue becomes ripe for summary judgment motion practice in the meantime, the party seeking to file the motion will request a pre-motion conference with the Court.

                              Respectfully submitted,

                              /s/Ghita Schwarz
                              Ghita Schwarz
                              International Refugee Assistance Project
                              One Battery Park Plaza, 33rd Floor
                              New York, NY 10004
                              Tel: (646) 939-9169
                              gschwarz@refugeerights.org

>Christopher ("Chris") Opila (S.D.N.Y. Bar No. 6046494)
>AMERICAN IMMIGRATION COUNCIL
>2001 L Street N.W., Suite 500, PMB2026
>Washington, DC 20036
>Tel: 202-507-75699
>copila@immcouncil.org
>
>*Counsel for Plaintiff*

Cc: Counsel for Defendants (via ECF)