

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 9, 2026

**By ECF**
The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *International Refugee Assistance Project, Inc. v. United States Citizenship and Immigration Services, et al.*, No. 23 Civ. 1236 (KHP)

Dear Judge Parker:

      This Office represents Defendants United States Citizenship and Immigration Services ("USCIS") and the Department of State ("State," and together with USCIS, the "Government") in the above-referenced Freedom of Information Act ("FOIA") action. We write jointly with Plaintiff International Refugee Assistance Project, Inc. ("IRAP") in response to the Court's order to file a joint status report on the eighth day of each month, or if that date is a weekend or public holiday, then on the following Monday.

      This matter concerns FOIA requests IRAP submitted to State and USCIS. The USCIS request seeks records for case management software systems used or accessed by USCIS to process a refugee for resettlement to the United States through the U.S. Refugee Admissions Program. The State request seeks the same records with respect to State ("Part One" of the State request), as well as anonymized data from individual refugee cases ("Part Two" of the State request).

      With respect to USCIS, USCIS has two outstanding productions. USCIS plans to complete its penultimate production of records by the end of March. It will complete its final production of records by April 8, 2026.

      With respect to Part One of the State request, State made its nineteenth and final production of responsive, non-exempt records on July 25, 2025. Plaintiff has made an offer to State regarding withholdings to facilitate settlement. The parties continue to discuss issues in an effort to determine whether they can be resolved without litigation.

      With respect to Part Two of the State request, State produced data via CD mailed to IRAP on May 6, 2025. State re-released the data to IRAP with updated withholdings via mail on February 13, 2026.

      The parties thank the Court for its consideration of this joint status report and will file their next joint status report by April 8, 2026. If any issue becomes ripe for summary judgment motion

practice in the meantime, the party seeking to file the motion will request a pre-motion conference with the Court.

                              Respectfully,

                              JAY CLAYTON
                              United States Attorney for the
                              Southern District of New York

By:    */s/ Alyssa B. O'Gallagher*
        ALYSSA B. O'GALLAGHER
        Assistant United States Attorney
        Tel.:  (212) 637-2822
        Email: Alyssa.O'Gallagher@usdoj.gov