

International Refugee
Assistance Project

May 8, 2026

**By ECF**
The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: *International Refugee Assistance Project, Inc. v. United States Citizenship and Immigration Services, et al.*, No. 23 Civ. 1236 (KHP)

Dear Judge Parker:

Plaintiff International Refugee Assistance Project, Inc. ("IRAP"), jointly with counsel for Defendants United States Citizenship and Immigration Services ("USCIS") and the Department of State ("State," and together with USCIS, the "Government"), writes to provide the Court with a joint status report in the above-referenced Freedom of Information Act ("FOIA") action. We write in response to the Court's order to file a joint status report by the eighth day of each month, or if that date is a weekend or public holiday, then on the following Monday.

This matter concerns FOIA requests IRAP submitted to State and USCIS. The USCIS request seeks records for case management software systems used or accessed by USCIS to process a refugee for resettlement to the United States through the U.S. Refugee Admissions Program. The State request seeks the same records with respect to State ("Part One" of the State request), as well as anonymized data from individual refugee cases ("Part Two" of the State request).

With respect to USCIS, USCIS completed its final production in March of 2026, and reproduced a subset of the USCIS records to IRAP on April 28, 2026. USCIS is investigating a concern that Plaintiffs raised on April 13, 2026, about possible missing pages.

With respect to Part One of the State request, State made its nineteenth and final production of records responsive to Part One of the State request on July 25, 2025. IRAP has made offers to State regarding certain withholdings to facilitate settlement. The parties continue to discuss these issues in an effort to determine whether they can be resolved without litigation.

With respect to Part Two of the State request, State produced data via CD mailed to IRAP on May 6, 2025. State re-released the data to IRAP with updated withholdings via mail on February 13, 2026. Plaintiffs do not plan to challenge any withholdings with regard to the Part Two production.

The parties thank the Court for its consideration of this joint status report and will file their next joint status report by June 8, 2026. If any issue becomes ripe for summary judgment motion

practice in the meantime, the party seeking to file the motion will request a pre-motion conference with the Court.

Respectfully,

/s/Ghita Schwarz
Ghita Schwarz
International Refugee Assistance Project
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Tel: (646) 939-9169
gschwarz@refugeerights.org

Christopher ("Chris") Opila
AMERICAN IMMIGRATION COUNCIL
2001 L Street N.W., Suite 500, PMB2026
Washington, DC 20036
Tel: 202-507-75699
copila@immcouncil.org

*Counsel for Plaintiff*

Cc: Counsel for Defendants (via ECF)