

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

July 8, 2026

**By ECF**
The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    *International Refugee Assistance Project, Inc. v. United States Citizenship and Immigration Services, et al.*, No. 23 Civ. 1236 (KHP)

Dear Judge Parker:

This Office represents Defendants United States Citizenship and Immigration Services ("USCIS") and the Department of State ("State," and together with USCIS, the "government") in the above-referenced Freedom of Information Act ("FOIA") action. We write jointly with Plaintiff International Refugee Assistance Project, Inc. ("IRAP") in response to the Court's order to file a joint status report on the eighth day of each month, or if that date is a weekend or public holiday, then on the following Monday.

This matter concerns FOIA requests IRAP submitted to State and USCIS. The USCIS request seeks records for case management software systems used or accessed by USCIS to process a refugee for resettlement to the United States through the U.S. Refugee Admissions Program. The State request seeks the same records with respect to State ("Part One" of the State request), as well as anonymized data from individual refugee cases ("Part Two" of the State request).

With respect to USCIS, USCIS completed its final production in March of 2026, and reproduced a subset of the USCIS records to IRAP on April 28, 2026. Plaintiff previously raised a concern in April about pages in certain USCIS records that it did not receive. On July 1, 2026, USCIS reproduced those pages.

With respect to Part One of the State request, State made its nineteenth and final production of records on July 25, 2025.

With respect to Part Two of the State request, State produced data via CD mailed to IRAP on May 6, 2025. State re-released the data to IRAP with updated withholdings via mail on February 13, 2026. Plaintiff does not plan to challenge any withholdings with regard to the Part Two production.

IRAP has made several offers to settle outstanding claims, most recently making a global settlement offer to settle all claims as to both State and USCIS on May 15, 2026. The parties have

continued to discuss this proposal. Since the last status report, the government requested, and Plaintiff provided, additional information regarding Plaintiff's proposal, which the government is now evaluating.

The parties thank the Court for its consideration of this joint status report and will file their next joint status report by August 10, 2026, since August 8 is a Saturday. If any issue becomes ripe for summary judgment motion practice in the meantime, the party seeking to file the motion will request a pre-motion conference with the Court.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:     */s/ Peter Aronoff*
PETER ARONOFF
Assistant United States Attorney
Tel.:    (212) 637-2697
Email: peter.aronoff@usdoj.gov

2