**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
INTERNATIONAL REFUGEE ASSISTANCE
PROJECT, INC.,

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY  FILED**
DOC #:_____
DATE FILED:_____7/9/2026

                                    Plaintiff,                          **23-CV-1236 (KHP)**

                -against-                                     **SCHEDULING ORDER**

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES; and UNITED
STATES DEPARTMENT OF STATE,

                                    Defendants.
-----------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

        A telephonic case management conference in this matter is hereby scheduled for

**Wednesday, August 12, 2026 at 11:00 a.m.**  The parties' are directed to call Judge Parker's

telephone conference line at the scheduled time.  **At the scheduled time, the parties shall dial**

**(646)-453-4442, conference ID: 622 346 333#.**  The parties can provide a status update to the

Court at the conference in lieu of filing a letter.

                        **SO ORDERED.**

DATED:        New York, New York
              July 9, 2026

                                            _____
                                            KATHARINE H. PARKER
                                            United States Magistrate Judge