

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

August 10, 2026

**By ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *International Refugee Assistance Project, Inc. v. United States Citizenship and Immigration Services, et al.*, No. 23 Civ. 1236 (KHP)

Dear Judge Parker:

      This Office represents Defendants United States Citizenship and Immigration Services ("USCIS") and the Department of State ("State," and together with USCIS, the "government") in the above-referenced Freedom of Information Act ("FOIA") action. We write jointly with Plaintiff International Refugee Assistance Project, Inc. ("IRAP") to notify the Court of a tentative resolution of the merits of this action.

      As noted in previous status reports, this matter concerns FOIA requests IRAP submitted to State and USCIS. Both agencies have completed all processing, and the parties have been discussing whether it is possible to resolve any remaining issues about the scope of the agencies' searches and the assertion of exemptions.

      The parties have now reached agreement on a proposed resolution. Specifically, if USCIS processes one additional document—the so-called "Groom Memorandum"—then, so long as the processing does not result in the entire document being withheld, IRAP will agree that all issues as to the adequacy of both USCIS's and State's searches and the applicability of any exemptions will be considered resolved. This agreement would resolve all issues in the case except any claim for attorneys' fees and costs. USCIS expects to be able to process the Groom Memorandum within the next several weeks.

      The Court has scheduled a telephone status conference for August 12 at 11:00 am. We realize that this update comes less than 48 hours before the conference, and the parties are prepared to proceed with the conference. However, if the Court wishes to cancel the conference in light of this update, the parties can also provide the Court with a further written status report about this matter in one month, *i.e.*, by September 11, 2026.

We thank the Court for its attention to this matter.

Respectfully,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By:    */s/ Peter Aronoff*
PETER ARONOFF
Assistant United States Attorney
Tel.:    (212) 637-2697
Email: peter.aronoff@usdoj.gov

2