USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/2026

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.
9/9/2026

September 8, 2026

**By ECF**
The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The Court thanks the Parties for the update. The Parties are directed to file a stipulation of dismissal or joint status update by **October 8, 2026.**

Re: *International Refugee Assistance Project, Inc. v. United States Citizenship and Immigration Services, et al.*, No. 23 Civ. 1236 (KHP)

Dear Judge Parker:

Plaintiff International Refugee Assistance Project, Inc. ("IRAP"), jointly with counsel for Defendants United States Citizenship and Immigration Services ("USCIS") and the Department of State ("State," and together with USCIS, the "Government"), writes to provide the Court with a joint status report in the above-referenced Freedom of Information Act ("FOIA") action in response to the Court's order to file a joint status report by the eighth day of each month, or if that date is a weekend or public holiday, then on the following Monday.

This matter concerns FOIA requests IRAP submitted to State and USCIS. The USCIS request seeks records for case management software systems used or accessed by USCIS to process a refugee for resettlement to the United States through the U.S. Refugee Admissions Program. The State request seeks the same records with respect to State ("Part One" of the State request), as well as anonymized data from individual refugee cases ("Part Two" of the State request).

The parties have settled the merits of this litigation. ECF No. 107. Pursuant to their agreement, USCIS processed the Groom Memorandum and released it in part on August 24, 2026, in exchange for IRAP waiving its objections to Defendants' searches and withholdings in this litigation.

The parties are still meeting and conferring on attorneys' fees and costs. IRAP made an offer to settle fees and costs on June 12, 2026, and provided a spreadsheet of billing records on July 7, 2026. Defendants are still evaluating this offer and will provide a response before the parties' next joint status report deadline.

The parties thank the Court for its consideration of this joint status report and will file their next joint status report by October 8, 2026.

Respectfully,

/s/ Chris Opila
Christopher ("Chris") Opila
AMERICAN IMMIGRATION COUNCIL
2001 L Street N.W., Suite 500, PMB2026
Washington, DC 20036
Tel: 202-507-75699
copila@immcouncil.org

Ghita Schwarz
International Refugee Assistance Project
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Tel: (646) 939-9169
gschwarz@refugeerights.org

*Counsel for Plaintiff*

Cc: Counsel for Defendants (via ECF)